**IT IS ORDERED as set forth below:**

Date: March 26, 2010

_____
James E. Massey
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-85551-JEM |
| MOHAMED ELSAWAH, | ) | CHAPTER 7 |
|          Debtor. | ) | |
| _____ | ) | |

### ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

Upon the application of JANET G. WATTS, trustee in the captioned case, praying for authority to employ William C. Gentry as attorney for the estate, and it appearing that no notice of a hearing on such application need be given, and sufficient cause having been shown, it is

**ORDERED** that the trustee is authorized to employ said attorney to render professional services to the trustee in this case under the terms set forth in the trustee's application. Compensation and reimbursement of expenses must be approved by the Court.

This Order is entered subject to the objection of the United States Trustee, which objection shall be filed on or before twenty-one days from the entry of this Order.

**[END OF DOCUMENT]**

Prepared by:

/s/ _____
JANET G. WATTS, Trustee, Ga. Bar No. 632067
600 North Glynn Street, Suite C
Fayetteville, GA 30214
(770) 461-1320

Distribution List

**United States Trustee:**
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

**Professional:**
William C. Gentry
Attorney at Law
278 North Marietta Parkway
Marietta, GA 30060

**Trustee:**
Janet G. Watts
Chapter 7 Trustee
600 North Glynn Street, Suite C
Fayetteville, GA 30214

**Debtor's Counsel:**
Philip L. Pleska
Attorney for Debtor
Pleska & Associates, LLC
900 Circle 75 Parkway, Suite 800
Atlanta, GA 30339

**Debtor:**
Mohamed Elsaweh
P.O. Box 7311
Marietta, GA 30065